UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL MANFREDI, JUAN PELAEZ and TOUFIK
ZAROURI, Individually and On Behalf of All Others
Similarly Situated,

                          Plaintiffs,                        09 CV 7040 (DLC) (HBP)

          -against-

E & D, LLC D/B/A THE PRIME GRILL NY, JA
RESTAURANT MANAGEMENT, LLC D/B/A SOLO
and JOSEPH ALLAHAM,
                          Defendants.
------------------------------------------------------------X

### CONSENT TO BECOME PARTY PLAINTIFF

The undersigned does wish to opt into the above-referenced action to attempt to prove liability and recover additional damages, if any, under the Fair Labor Standards Act. I hereby authorize the filing and prosecution of a Fair Labor Standards Act action in my name and on my behalf by the above representative Plaintiffs and designate the class representatives as my agents to make decisions on my behalf concerning the litigation, the entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Alaink Hernandez
(Print Name)

(Signature)

1400 N Sycamore Ave. Los Angeles CA. 90028
(Print Address)

10/29/09
(Date)

212-300-3195
(Phone)

If you want to JOIN this lawsuit, complete and submit this form to:

                Robert D. Lipman, Esq.
                Lizbeth Schalet, Esq.
                David A. Robins, Esq.
                LIPMAN & PLESUR, LLP
          500 North Broadway, Suite 105
                  Jericho, NY 11753
                    516-931-0050