UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL MANFREDI, JUAN PELAEZ and TOUFIK
ZAROURI, Individually and On Behalf of All Others
Similarly Situated,

           Plaintiffs,

**09 CV 7040 (DLC) (HBP)**

    -against-

E & D, LLC D/B/A THE PRIME GRILL NY, JA
RESTAURANT MANAGEMENT, LLC D/B/A SOLO
and JOSEPH ALLAHAM,
           Defendants.
------------------------------------------------------------------X

## CONSENT TO BECOME PARTY PLAINTIFF

The undersigned does wish to opt into the above-referenced action to attempt to prove liability and recover additional damages, if any, under the Fair Labor Standards Act. I hereby authorize the filing and prosecution of a Fair Labor Standards Act action in my name and on my behalf by the above representative Plaintiffs and designate the class representatives as my agents to make decisions on my behalf concerning the litigation, the entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

GREGORY GIRESI
(Print Name)

(Signature)

45-09 25TH AVE APT 3 ASTORIA NY 11103
(Print Address)

10/27/09
(Date)

(908) 456-9959
(Phone)

If you want to JOIN this lawsuit, complete and submit this form to:

Robert D. Lipman, Esq.
Lizabeth Schalet, Esq.
David A. Robins, Esq.
LIPMAN & PLESUR, LLP
500 North Broadway, Suite 105
Jericho, NY 11753
516-931-0050