UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
MICHAEL MANFREDI, JUAN PELAEZ, and        :
TOUFIK ZAROURI, Individually and On       :
Behalf of All Others Similarly            :    09 CIV. 7040 (DLC)
Situated,                                 :
                Plaintiffs,               :    PRETRIAL
                                          :    SCHEDULING ORDER
        -v-                               :
                                          :
E&D, LLC d/b/a THE PRIME GRILL NY; JA     :
RESTAURANT MANAGEMENT, LLC d/b/a SOLO;    :
and JOSEPH ALLAHAM,                       :
                                          :
                Defendants.               :
                                          :
------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/10

DENISE COTE, District Judge:

   The following schedule shall govern the further conduct of
pretrial proceedings in this case:

1. The parties are instructed to contact the chambers of
   Magistrate Judge Pitman prior to **March 19, 2010** in order to
   pursue settlement discussions under his supervision.

2. All fact discovery must be completed by **June 25, 2010**.

3. All expert discovery must be completed by **September 7, 2010**.

4. The following motion will be served by the dates indicated
   below.

   Plaintiffs' motion for class certification

   -   Motion served by **October 8, 2010**
   -   Opposition served by **October 29, 2010**
   -   Reply served by **November 12, 2010**

   At the time any Reply is served the moving party shall
   supply two courtesy copies of all motion papers to Chambers
   by delivering them to the Courthouse Mailroom, 8th Floor,
   United States Courthouse, 500 Pearl Street, New York, New
   York.

5. The Joint Pretrial Order must be filed by **December 17, 2010**.

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated: New York, New York
March 5, 2010

DENISE COTE
United States District Judge