UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- -X

MICHAEL MANFREDI, JUAN PELAEZ, and TOUFIK ZAROURI, Individually and On Behalf of All Others Similarly Situated,

    Plaintiffs,

-v-

E&D, LLC d/b/a THE PRIME GRILL NY; JA RESTAURANT MANAGEMENT, LLC d/b/a SOLO; and JOSEPH ALLAHAM,

    Defendants.

------------------------------------------------------------- -X

09 CIV. 7040 (DLC) (HBP)*

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/10
```

DENISE COTE, District Judge:

  The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | **General** Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* _____ _____ | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| X | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ _____ |

\*   Do not check if already referred for general pretrial.

  **SO ORDERED**:

DATED: New York, New York
     March 5, 2010

              _____
              DENISE COTE
              United States District Judge