```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MICHAEL MANFREDI, JUAN PELAEZ and TOUFIK
ZAROURI, Individually and On Behalf of All Others Similarly
Situated,

                       Plaintiffs,

              v.

E&D, LLC D/B/A THE PRIME GRILL NY, JA
RESTAURANT MANAGEMENT, LLC D/B/A SOLO and
JOSEPH ALLAHAM

                       Defendants.
--------------------------------------------------------X

09 CV 7040 (DLC) (HBP)

ECF CASE

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have The Honorable Henry Pitman, United States Magistrate Judge conduct all settlement proceedings in this case including the entry of final judgment.

| Parties' printed names | Signatures of parties or attorneys | Dates |
|---|---|---|
| ALL PLAINTIFFS | [signature] | 6/7/10 |
| ALL DEFENDANTS | Felix [signature] | 6/4/10 |

### Reference Order

IT IS ORDERED that this case be referred to The Honorable Henry Pitman, United States Magistrate Judge, to conduct all settlement proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

                              [signature] June 8, 2010
                              *District Judge's signature*
                              Cote
                              *Printed name and title*