# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

MICHAEL MANFREDI, JUAN PELAEZ
and TOUFIK ZAROURI, Individually and
On Behalf of All Others Similarly Situated,

         Plaintiffs,

-against-

E&D, LLC D/B/A THE PRIME GRILL NY,
JA RESTAURANT MANAGEMENT, LLC
D/B/A SOLO and JOSEPH ALLAHAM,

         Defendants.

----------------------------------------------------------x



Civ. No.: 09 CV 7040 (HBP)

## ORDER REGARDING FILING OF AGREEMENT UNDER SEAL

    IT IS HEREBY ORDERED that the parties in this action may file under seal

the unredacted Confidential Settlement Agreement in this matter.

       SO ORDERED

       Magistrate Judge Henry Pitman
       8-10-10